## STAUB *et als. v.* WILLIAMS.

PRACTICE. *Appeal to the Supreme Court. Character of bond necessary.* Where the bond given upon appeal is not such as is required by law in the particular case, although authorized by the order of the court below, as where the bond is for costs only when it should be for debt, damages and costs, the appeal will be dismissed on motion, unless a sufficient bond is given in a reasonable time.

### FROM GREENE.

Appeal from the Chancery Court at Greeneville. H. C. SMITH, Ch.

REEVE & WILSON for complainants.

INGERSOLL for defendant.

COOPER, J., delivered the opinion of the court.

By the Code, secs. 3162–3164, where decrees are for a specific sum of money against a party in his own

:right, or founded on bonds, notes, etc., for the payment, the bond required upon appeal to this court shall be for the debt, damages and costs. The decrees rendered below in this case were on notes of hand, but the appeal was granted by the Chancellor upon the appellants, the defendants, giving bond for ·costs only, and bond was given accordingly. It is clear that the case is not properly in this court, and ought strictly to be dismissed on motion. But the practice of the court has been to enter an order that ♦the appeal stand dismissed, and the cause be stricken from the docket, unless a proper bond be given within a reasonable time.

The usual order may be made in this case.